**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:09-CR-0361-09-RWS |
| JIMMY JOHN SILVA, : | |
| : | |
| Defendant. : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [301] of Magistrate Judge Alan J. Baverman. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress Statements [244] is hereby **GRANTED**.

**SO ORDERED** this  20th  day of January, 2011.

_____
**RICHARD W. STORY**
United States District Judge